IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| | ) | No. | 19-mj-1100 |
| v. | ) | | |
| | ) | | Magistrate Judge Holmes |
| CECIL MASTERS | ) | | |

MOTION FOR DETENTION

Pursuant to Title 18, United States Code, Section 3142, the Government moves to have the

defendant detained pending proceedings in this matter on the basis that he may flee, as a result of

the potential criminal penalties he faces in this case, and that he constitutes a danger to the public,

as a result of his allegedly making and detonating pipe bombs at his residence. The Government

moves for a continuance of three days in order to prepare for the detention hearing.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney for the
Middle District of Tennessee

s/ *Ben Schrader*
BEN SCHRADER
Assistant United States Attorney