MAGISTRATE JUDGE HOLMES COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. __Cecil Masters__, No. __19-mj-1100__

ATTORNEY FOR GOVERNMENT: __Schrader__

ATTORNEY FOR DEFENDANT: __Strianse__    AFPD   Panel   (Retained)

PRETRIAL SERVICES/PROBATION OFFICER: __Tiana Rock__

INTERPRETER NEEDED?   YES   NO   LANGUAGE/INTERPRETER: _____
☐ PRESENT   ☐ ON TELEPHONE

☒ **INITIAL APPEARANCE**  ☐ ON A SUMMONS  ☒ ARRESTED ON: __7-22-19__
DEFENDANT HAS A COPY OF:
☒ Complaint  ☐ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other _____
☒ Defendant advised of the charges and the maximum penalties
☒ Defendant has a copy of notice of rights
☒ Defendant advised of right to counsel          ☒ Counsel retained
☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed   ☐ FPD Appointed
☒ Defendant advised of right to silence
☒ Defendant advised of right to **Consular notification**
☒ Government motion for detention — withdrawn by Gov. + agree to release
☐ Defendant temporarily detained           ☐ ICE detainer on defendant
☐ Defendant waived detention hearing       ☐ Defendant reserved right to hearing in future
☐ Defendant to remain in Federal custody   ☐ Defendant to be returned to State custody
☒ Defendant advised of right to preliminary hearing  ☒ Defendant waived preliminary hearing
☐ Defendant ordered to psychological/psychiatric evaluation
☐ Defendant to remain on current conditions of **supervised release**
☒ Defendant released on:
   ☒ Own recognizance with conditions of release  ☒ standard  ☒ special
   ☐ Appearance bond in the amount of: _____
   ☐ Property bond [description of property]: _____
   ☐ Performance bond [as set out in conditions of release]
☐ **RULE 5** - Defendant advised of right to identity hearing   ☐ Defendant waived identity hearing
☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____

☐ **GRAND JURY WAIVED IN OPEN COURT**    [Defendant sworn and advised of rights by Court]

☐ **ARRAIGNMENT**
  ☐ Defendant acknowledges he/she has copy of Indictment/Information
  ☐ Indictment/Information read to defendant by Judge   ☐ Defendant waives reading thereof
  **PLEA:** ☐ GUILTY   ☐ NOT GUILTY   ☐ Defendant intends to plead guilty and case referred to DJ

DATE: __7-22-19__         TOTAL TIME: __44 min__  /40 min IA
BEGIN TIME: __3:52__      END TIME: __4:36__      /4 min Prel Arg
*Digitally Recorded*

Form Revised 2/9/2018                Page 1 of 2

Case 3:19-mj-01100   Document 7   Filed 07/22/19   Page 1 of 2 PageID #: 13

UNITED STATES OF AMERICA v. Cecil Masters            NO. 19-mj-1100

☐ **RULE 5 IDENTITY HEARING**
    ☐ Held, defendant found to be person named in warrant
    ☐ Held, defendant found NOT to be person named in warrant and released
    ☐ Waived in open Court

☐ **PRELIMINARY HEARING**         **CONTINUED TO:** _____
    ☐ Probable Cause found/Held to answer/bound over    ☐ Discharged from custody
    ☐ Defendant waived preliminary hearing
    ☐ RULE 5 - Held to answer in District of Prosecution
    ☐ RULE 5 - Defendant reserved right to have hearing in District of Prosecution

☐ **DETENTION HEARING**         **CONTINUED TO:** _____
    ☐ Government withdrew motion for detention or agreed to release
    ☐ Pretrial Services Report made a part of the record    ☐ Counsel moved to retain copy of PTSR/granted
    ☐ Bond set at: _____    ☐ Defendant released on [date]: _____
    ☐ RULE 5 - Defendant elected to have hearing in District of Prosecution
    ☐ Defendant waived detention hearing    ☐ Defendant reserved right to hearing in future
    ☐ Defendant detained, order to enter    ☐ ICE detainer pending
    ☐ Defendant to remain in Federal custody    ☐ Defendant to be returned to State custody
    ☐ Government moved for stay of execution of release pending appeal
        ☐ Motion granted    ☐ Motion denied
    ☐ Defendant advised of right to appeal

☐ **ARRAIGNMENT ON MISDEMEANOR**
    ☐ Defendant acknowledges he/she has copy of Indictment/Information
    ☐ Indictment/Information read to defendant by Judge    ☐ Defendant waives reading thereof
    **PLEA:** ☐ **GUILTY**    ☐ **NOT GUILTY**
    ☐ Misdemeanor - defendant consented to trial before Magistrate Judge
    ☐ Written plea agreement/filed in open Court    ☐ Oral plea agreement
    ☐ Guilty plea:    ☐ Accepted    ☐ Rejected    ☐ Taken under advisement

☐ **OTHER**
    ☐ Type of hearing and outcome: _____

☐ **DEFENDANT DID NOT APPEAR AS DIRECTED, BENCH WARRANT ISSUED**

**NOTES/EVIDENTIARY MATTERS/SENTENCING:**    (Witnesses, Exhibits, Attach W/Ex List if necessary)

DW - Patty Johnson

Gov oral mtn to unseal
written mtn to be filed

Page 2 of 2