IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. CECIL MASTERS   NO. 19-mj-1100

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### RELEASE ORDER AND CONDITIONS OF RELEASE

 **Defendant is released on his/her own recognizance, no appearance bond shall be posted, and the following statutorily required standard conditions of release are hereby imposed:**

☐ **Defendant shall be released on a non-surety bond in the amount of _____, no security or monies shall be required for defendant to be released, and the following conditions of release are hereby imposed:**

☐ **Defendant shall be released on a non-surety bond in the amount of _____, cash in the amount of _____ shall be posted to the Clerk of Court, or such other security as listed below, and the following conditions of released are hereby imposed:**

☐ **Defendant shall be released on a surety bond as described below:**

☐ **Defendant shall remain on the conditions of supervised release that have been previously imposed by the District Judge. In addition, defendant shall abide by the following conditions:**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**WHILE ON RELEASE, I FULLY UNDERSTAND AND AGREE:**

1) I may not change my address or move without permission of the Probation/Pretrial Services Office or the Court. My correct address has been provided to Pretrial Services.

2) I must be in Court each and every time I am instructed to be there, and surrender to serve any sentence imposed.

3) I cannot intimidate or harass any witness, victim, informant, juror or officer of the Court; I cannot obstruct any criminal investigation.

4) I must not violate any local, state or federal law. If I do, I could be punished by as much as from 90 days to 10 years imprisonment in addition to the penalty provided for the offense committed.

5) If I violate any condition of release, a warrant for my arrest could be issued, any bond I signed may be forfeited, and new bonds with additional conditions, or my detention until trial, could be ordered by the Court, and I could be held in contempt of Court.

6) If I fail to appear at any proceeding in this case or I fail to surrender to serve any sentence imposed, I could be charged and convicted of bail jumping which is punishable by, in some cases, as much as 10 years imprisonment and/or a fine, in addition to any other punishments imposed in the original case.

1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. CECIL MASTERS          NO. 19-mj-1100

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

7) This special condition or conditions:

☒ Defendant shall report to Pretrial Services as directed

☐ Defendant shall maintain or actively seek employment ~~upon his release from his injuries~~

☒ Defendant shall have no contact with any witness in this case, either directly or indirectly, except in the presence of counsel.

☐ Defendant shall surrender his passport to Pretrial Services and/or shall not obtain a passport or any other international travel document during the pendency of this case

☒ Defendant shall not travel outside of the Middle District of Tennessee and the Western District of Kentucky without prior approval of Pretrial Services (pcs)

☒ Defendant shall refrain from possessing any firearm, ammunition, destructive device, or other dangerous weapons, except that the third-party custodian may continue to keep any lawfully registered firearms and any ammunition in a secure location to which Defendant shall not have any access.

☒ Defendant shall refrain from the excessive use of alcohol

☒ Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a medical practitioner

☒ Defendant shall submit to any method of testing required by the Pretrial Services Office for determining whether the defendant is using a prohibited substance, such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any other form of prohibited substance screening or testing

2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. CECIL MASTERS    NO. 19-mj-1100

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

- [x] Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release

- [ ] Defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling deemed appropriate by the Pretrial Services Officer; any inpatient treatment may be followed by up to 90 days in a half way house

- [ ] Defendant shall participate in a mental health treatment program as deemed appropriate by the Pretrial Services Officer

- [x] Defendant shall report as soon as possible, within 48 hours, to the supervising officer, any contact with any law enforcement personnel, including, but not limited to any arrest, questioning, or traffic stop

- [x] Defendant shall permit pretrial services officers to visit at anytime at his/her home or elsewhere without advance notification; Defendant also shall permit confiscation of any contraband observed in plain view of the pretrial services officer(s)

- [x] Defendant shall be placed on home detention with GPS monitoring, Defendant may be permitted to leave the home with advance permission of Pretrial Services

- [x] Defendant shall have no contact with Mindy Morgan about the substance of the charges in this case except in the presence of counsel

- [x] Defendant shall be placed in the third-party custody of ~~Darlene Whitlow~~ Patty Johnson, and shall reside with her in her home

- [x] Defendant shall refrain from possessing any explosive powders, pyrotechnic fuses, fireworks or explosives.

3

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. CECIL MASTERS                NO. 19-mj-1100

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    I acknowledge that I am the Defendant in this case and that I am aware of the conditions of release and the penalties for non-compliance. I promise to obey all conditions of release, to appear as directed, and to surrender to serve any sentence imposed.

Date: __July 22, 2019__     _____
                                                            Defendant

It is ORDERED that the conditions listed above are imposed. 18 U.S.C. § 3142.

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

The **Middle District of Tennessee** consists of the following counties: Cannon, Cheatham, Clay, Cumberland, Davidson, DeKalb, Dickson, Fentress, Giles, Hickman, Houston, Humphreys, Jackson, Lawrence, Lewis, Macon, Marshall, Maury, Montgomery, Overton, Pickett, Putnam, Robertson, Rutherford, Smith, Stewart, Sumner, Trousdale, Wayne, White, Williamson and Wilson.

The following are pertinent Middle District of Tennessee numbers (Area Code 615):
    Clerk of Court                                  - 736-5498
    U.S. Marshal                                    - 736-5417
    U.S. Attorney                                  - 736-5151
    U.S. Probation                                - 736-5771
    Federal Public Defender                - 736-5047

The United States District Court in **Nashville** is located in the United States Courthouse, 801 Broadway, at the corner of Eighth and Broad. The Court in **Cookeville** is located at 9 East Broad Street. The Court in **Columbia** is located at 816 South Garden Street.